UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**Alternative Dispute Resolution Summary**

1. Civil Action number: 3:21-cv-00206-M

2. Style of Case: *Thomas Cagney v. Transgroup DFW, LLC*; Case No. 3:21-cv-00206-M; In the United States District Court for the Northern District of Texas, Dallas Division

3. Nature of suit: Employment/Breach of Contract

4. Method of ADR used: Mediation

5. Date of ADR session: February 10, 2022

6. Outcome of ADR: Settled in principle. Counsel for the parties are working on formal settlement documents which should be completed within 30 days.

7. TOTAL fee: $9,500.00

8. Duration of ADR: one day

9. Please list persons in attendance:

   Greg McAllister
   Thomas K. Cagney
   Brenda K. Cagney
   Angella Myers
   John Krawczyk
   Angie Santillan
   Melissa Manning

**Please provide the names, addresses, and telephone numbers of counsel on the reverse side of this form.**

10. Provider information:


s/ Christopher Nolland                         February 14, 2022
Signature

1717 Main Street, Suite 5550, Box 39           Telephone:  (214) 653-4360
Dallas, Texas 75201-4639                       Facsimile:  (214) 653-4343

Name and Address of Counsel:

Greg McAllister, Esq.
Rogge Dunn Group
500 N. Akard Street, Suite 1900
Dallas, Texas   75201

Angella Myers, Esq.
John Krawczyk, Esq.
The Myers Law Group, LLP
8144 Walnut Hill Lane, Suite 390
Dallas, Texas   75231

*C:\Users\krist\Desktop\N Drive Copy\8507.004\! MEDIATION\!FORMS.MED\Letters to Court\ADR Forms\Northern District Summary Report.wpd*