UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THOMAS CAGNEY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:21-cv-00206-M |
| TRANSGROUP DFW, LLC, | § § | |
| Defendant. | § § § | |

**PARTIES' JOINT STIPULATION OF DISMISSAL**

Pursuant to the Federal Rules of Civil Procedure 41(a)(1), Plaintiff Thomas Cagney and Defendant TransGroup DFW, LLC (collectively the "Parties") hereby stipulate and agree as follows:

1. Plaintiff's claims against Defendant shall be DISMISSED with prejudice; and
2. The parties shall bear their own costs, expenses, and attorneys' fees.

WHEREFORE, Plaintiff and Defendant request this Court to enter an Order dismissing all claims with prejudice with the court costs being taxed against the party incurring the same.

Respectfully submitted,

*/s/ Rogge Dunn*

| | |
|---|---|
| ROGGE DUNN | ANGELLA MYERS |
| State Bar No. 06249500 | State Bar No. 24027229 |
| E-mail: Dunn@trialtested.com | Email: amyers@myerslawllp.com |
| | |
| GREG McALLISTER | **THE MYERS LAW GROUP, LLP** |
| State Bar No. 24071191 | 8144 Walnut Hill Lane, Suite 390 |
| E-mail: McAllister@roggedunngroup.com | Dallas, Texas 75231 |
| | Telephone: 972-781-2400 |
| **ROGGE DUNN GROUP, PC** | Facsimile: 972-781-2401 |
| 500 N. Akard Street | |
| Suite 1900 | **ATTORNEY FOR DEFENDANT** |
| Dallas, Texas 75201 | |
| Telephone: (214) 888-5000 | |
| Facsimile: (214) 220-3833 | |
| | |
| **ATTORNEYS FOR PLAINTIFF** | |

### CERTIFICATE OF SERVICE

This certifies that a true and correct copy of the above and foregoing instrument was served on the Parties' counsel of record pursuant to the Rules, on the 18th day of February 2022, addressed as follows:

Angella Myers
The Myers Law Group, LLP
8144 Walnut Hill Lane, Suite 390
Dallas, Texas 75231

☐ **VIA ECF / PORTAL**
☐ **VIA OVERNIGHT DELIVERY**
☐ **VIA HAND-DELIVERY**
☐ **VIA FIRST CLASS MAIL**
☐ **VIA FAX:**
☐ **VIA EMAIL:** *amyers@myerslawllp.com;*
☐ **VIA CMRRR:**

*/s/ Rogge Dunn*

**ROGGE DUNN**

*R:/1/0192/001/Pleadings/Drafts/Parties Joint Stipulation of Dismissal.docx*